[No. 5893-1. Division One. May 14, 1979.]

MICHAEL GROSS, *Respondent,* v. NEW ENGLAND
FISH COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 818846, T. Patrick Corbett, J., entered July 25,
1977. *Affirmed* by unpublished opinion per Dore, J., con-
curred in by Swanson and Andersen, JJ.

[No. 6059-1. Division One. May 14, 1979.]

GRANT T. WALDREF, *Appellant,* v. WEYERHAEUSER
COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 33461, Harry A. Follman, J., entered October
21, 1977. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Dore and Ringold, JJ.

[No. 6365-1. Division One. May 14, 1979.]

MARK S. LARNER, *Respondent,* v. TORGERSON
CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 808923, Jerome M. Johnson, J., entered Feb-
ruary 24, 1978. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by James and Andersen, JJ.

[No. 6453-1. Division One. May 14, 1979.]

AUDREY I. COOPER, *Respondent,* v. GROUP HEALTH
COOPERATIVE OF PUGET SOUND, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 801222, Peter K. Steere, J., entered March 21,
1978. *Affirmed* by unpublished opinion per James, J., con-
curred in by Farris and Dore, JJ.